

FILED

SEP 23 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

MR. ZAIN Z. NABAWI                    #43042-044

_____    _____

_____    _____

_____    _____

*(Enter above the full name of the plaintiff*    *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    CIVIL ACTION NO. 5:19-CV— 00693
                              *(Number to be assigned by Court)*

WARDEN D.L. YOUNG
F.C.I Beckley Medical Nurse Rose
_____

All present staff in Kitchen at
_____

Time of Incident.
*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

**I.    Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with the same
          facts involved in this action or otherwise relating to your imprisonment?

                    Yes _____        No __✓__

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

    Plaintiffs:



    Defendants:

    2.    Court (if federal court, name the district; if state court, name the county);

    N/A

    3.    Docket Number:     N/A

    4.    Name of judge to whom case was assigned:

    N/A

    5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    N/A

    6.    Approximate date of filing lawsuit:      N/A

    7.    Approximate date of disposition:     N/A

II.    **Place of Present Confinement:** F.C.I Beckley

    A.    Is there a prisoner grievance procedure in this institution?

        Yes __✓__    No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes __✓__    No _____

    C.    If you answer is YES:

        1.    What steps did you take? Filed the whole Grievance process all the way through.

        2.    What was the result? Every Step was turned Down for unspecific Reasons.

    D.    If your answer is NO, explain why not: _____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: ZAIN Z. NABAWI # 43042-044

        Address: F.C.I Beckley, P.O. Box 350, Beaver, WV, 25813

    B.    Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: D.L. young / ~~Nurse Rose~~

is employed as: WarDen ~~and~~ ~~Medical Staff~~

at Federal Correctional Institution of Beckley

D.    Additional defendants: Nurse Rose (medical staff) unknown Kitchen staff at present time of incident.

## IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11/5/18 at 12:45 p.m. I was working in Food Service bakery Section. While mixing and preparing hamburger meat, turkey, bread, onions and peppers the mixing bowl Suddenly flew off Due to the track not being properly Assembled by Staff. I then heard a loud noise and Saw my hand was Severely Severed. Also, on the Medical "Deliberate Indifference" The lack of Medical treatment which Caused me to Suffer for A lengthy period

4

**IV.    Statement of Claim (continued):**

of time by the FCI Beckley Health Services Department while receiving intravenous antibiotics to A serious injury that required surgery at a local hospital. The I.V. antibiotics were being given to me in what is Commonly known as a "pic line." Unfortunately, on the day in Question, my "pic line" was being changed by Physicians Assistant Rose, (keith) The "pic line" was Damaged by P.A. Rose. This Error obviously Caused A worsening of the distribution of Antibiotics Into my body and my overall post-surgical Condition.

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Am seeking Relief in the sum of $6,500,000 (six million five hundred thousand dollars U.S.D) and an additional $1,500,000 for pain and Suffering. And that the warden takes more better Cautions and Care During the hiring process as he is responsible for maintaining a safe and harmless environment for staff and Inmates as well. (I'm also seeking punitive, nomial, and damages as a deterent as deemed appropriate.

**V.    Relief (continued)):**

_____

_____

_____

_____

_____

_____

**VII.    Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____ Mr. Jermaine D. Cathey _____

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes __✓__          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Paul Perfater (or) Perfuter ph.# 304-345-2202

_____

If not, state your reasons: _____

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No __✓__

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20_____.


_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9|19|19_____.
                    (Date)


_____ZAIN Z NABAWI , Pro se_____
Signature of Movant/Plaintiff


_____
Signature of Attorney
(if any)