

FILED

APR 2 9 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Zain Z. Nabawi              # 43042-044

_____     _____

_____     _____

_____     _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    CIVIL ACTION NO. 5:19-00693 ____
                              *(Number to be assigned by Court)*

Warden - David L. Young

Nurse - Rose, Kitchen Staff: Duncan

Lester, Head, and Food Administrator

Tiberio, N. Thomas, Brandon Fain, and P. Boulet
*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same
      facts involved in this action or otherwise relating to your imprisonment?

               Yes _____        No __✓__

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:

Plaintiffs:   N/A _____

_____

_____

Defendants:   N/A _____

_____

_____

2.    Court (if federal court, name the district; if state court, name the county);

N/A _____

_____

3.    Docket Number: N/A _____

4.    Name of judge to whom case was assigned:

N/A _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

N/A _____

_____

6.    Approximate date of filing lawsuit: N/A _____

7.    Approximate date of disposition: N/A _____

2

II.    **Place of Present Confinement:** F.C.I BeckLey

A.    Is there a prisoner grievance procedure in this institution?

Yes ✓        No _____

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓        No _____

C.    If you answer is YES:

1.    What steps did you take? Exhibit (A) show the grievance procedure was followed From beginning to End

2.    What was the result? Every step was turned down for unspecific Reasons.

D.    If your answer is NO, explain why not: N/A

_____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff: Zain Z. Nabawi #43042-044

Address: F.C.I. Beckley, P.O. Box 350, Beaver, W Va 25813

B.    Additional Plaintiff(s) and Address(es): N/A

_____

_____

_____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: David L. Young

is employed as: Warden

at Federal Correctional Institution - Beckley

D.    Additional defendants: Nurse - Rose

Kitchen Staff present at time of incident: Head, Duncan, Lester, and (Tiberio - Food Administrator). N. Thomas, Brandon Fain, and P. Boulet

## IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While working in the bakery section of food service at F.C.I Beckley. The mixing bowl flew off its hinges and severely severed my hand. After being Rush into surgery and having a "Pic Line" placed into my arm. It had sprung a leak. I alerted the staff member who sent me to medical where the Nurse Rose sent me back to my unit. After having my family make calls down here I was Rushed back to the hospital where I was told

4

IV.    **Statement of Claim (continued):**

I would have died if they would have wasted any-more time. My Pic Line was damaged by medical staff Keith Rose when he was changing my bandage causing the distribution of Antibiotics into my body to flow outside of me. And from not getting the medication I became sick.

V.    **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking $ 6,500,000
$ 1,500,000 for pain and suffering. And that the Warden takes better caution and care during the hiring process, He is responsible for maintaining a harmless and safe environment for staff and inmates as well. "I'm also seeking punitive ⅗ Nomial damages as a deterent as deemed appropriate.

V.    **Relief (continued)):**

_____

_____

_____

_____

_____

VII.   **Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

MR. JERMAINE D. Cathey

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes __✓__        No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Paul PeRfaTeR (OR) PeRfuteR : phone # (304) 345-2202

_____

If not, state your reasons:  _____

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____        No __✓__

If so, state the lawyer's name and address:

N/A
_____

_____

Signed this _____ day of _____, 20_____.

_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____4-27-21_____.
                        (Date)

_____, Pro Se_____
Signature of Movant/Plaintiff

Pro Se_____
Signature of Attorney
(if any)

7

Case 5:19-cv-00693    Document 52    Filed 04/29/21    Page 8 of 11 PageID #: 806

Zain Z. Nabawi #43042-04
Beckley Federal Correctional Institution
PO Box 350
Beaver WV 25813

7020 1290 0001 6925 6684

Clerk, United States District Court
Robert C. Byrd U.S. Courthouse
110 N. Heber Street Rm.119
Beckley, WV 25801

U.S. POSTAGE PAID
PM 2-Day
BEAVER, WV
25813
APR 28, 21
AMOUNT
**$0.00**
1021      25801
R2305K141865-02

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★

TRACKED
★★★
INSURED
★

UNITED STATES
POSTAL SERVICE®
For Domestic Use Only          Label 107R, July 2013

1 of 2

Legal Mail





FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813

DATE ___4.28.21___

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Zain Z. Nabawi #43042-044
Beckley Federal Correctional Institution
PO Box 350
Beaver WV 25813

**PRIORITY MAIL**
For Domestic Use Only
UNITED STATES POSTAL SERVICE®
TRACKED INSURED
Label 107R, July 2013

2 of 2

Legal Mail

Clerk, United States District Court
Robert C. Byrd U.S Courthouse
110 N. Heber Street Rm 119
Beckly, WV 25801

UNITED STATES POSTAL SERVICE®
1021
25801
U.S. POSTAGE PAID
PM 2-Day
25813
BEAVER, WV
APR 28, 21
AMOUNT
$0.00
R2305K141865-02

7020 1290 0001 6925 6677

CERTIFIED MAIL®
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE





FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813

DATE 4.28.21

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS- DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.